C-1-02-174

# INDEX

## AFFIDAVIT ADDENDUM DOCUMENTS

DUCT UTILITY et al v. DAVID LYNN KEEVER et al v. RANDALL DREW et al
US DISTRICT COURT  SOUTHERN DISTRICT OF OHIO  WESTERN DIVISION  C-1-02-174

| Tab / Exhibit No. | Description | Number of Pages |
|---|---|---|
| A. | HK Utility Letter of Intent to Star Communications dated May 9, 2001 | 1 |
| B. | Stock Exchange Agreement with attachments | 67 |
| C. | Fastpoint Acquisition Promissory Note to Keever dated May 31, 2001 | 1 |
| D. | Assortment of Star Communication Indebtedness | 24 |
| E. | Star Communication Liabilities & Capital Sheet dated March 31, 2001 | 1 |
| F. | Star Communication Office Inventory, Tool Inventory, and Vehicle List | 14 |
| G. | Drew Email to Keever dated May 3, 2001 | 1 |
| H. | National Securities Statement June 2001 | 2 |
| I. | ProCare announcement of name change to Duct Utilities dated June 21, 2001 | 2 |
| J. | ProCare Industries announcement of acquisition of four (4) utility companies (Star, HK Utility, Durango, D&R) dated June 8, 2001 | 1 |
| K. | Star Communication Assets Balance Sheet dated March 31, 2001 | 1 |
| L. | Star Communication Income Statement for 3 months ending March 31, 2001 | 4 |
| M. | Duct Utility Stock prices and volume sales between April 1st and November 12th 2001 | 7 |
| N. | SEC Report of Securities sales by Drew dated March 30, 2002 | 7 |
| O. | SEC Report of Securities sales by Kessen dated March 30, 2002 | 5 |
| P. | SEC Report of Securities sales by Scott Shepherd dated March 30, 2002 | 5 |
| Q. | SEC FORM 8-K Current Report Duct Utility dated July 22, 2001 | 3 |
| R. | Drew Letter to Keever dated July 11, 2001 | 1 |