FILED
KENNETH J. MURPHY
CLERK

03 OCT -3 PM 1:32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DUCT UTILITIES & TECHNOLOGIES, INC. F/K/A PRO CARE INDUSTRIES, LTD., et al. | : | CASE NO. C-1-02-174 |
| | : | JUDGE BECKWITH MAGISTRATE HOGAN |
| Plaintiffs, | : | |
| v. | | |
| STAR COMMUNICATION SERVICES | : | |
| and | | |
| DAVID KEEVER | : | DEFENDANT KEEVER'S NOTICE OF WITHDRAWAL OF SERVICE |
| Defendants/Third Party Plaintiffs, | : | |
| v. | : | |
| RANDALL DREW, et al. | : | |
| Third Party Defendants. | : | |

Now Come the Defendant/Third Party Plaintiff David Keever (hereinafter "Keever"), by way of Notice of Withdrawal of Service and does inform the court that the service accomplished upon a named **Randall Drew of 5533 Central Avenue of Saint Petersburg Florida** has been determined to be service upon a person ***NOT A PARTY TO THIS ACTION*** and that the named Randall Drew of Saint Petersburg Florida is actually Randall W. Drew who was born on May 5, of 1956 who is an accountant and is not the named party "Randall Drew" of this action. See attached letter of Randall W. Drew marked as Exhibit A.

For the above reason, Defendant Keever withdraws the name of **Randall Drew of 5533 Central Avenue of Saint Petersburg Florida** as a party to be served with any future documents of this case.

This the 30th day of September, 2003.

C. GARY TRIGGS, P.A.

By _____
C. GARY TRIGGS
North Carolina State Bar No. 5865
Post Office Drawer 579
206 West Union Street
Morganton, North Carolina 28680
Telephone  (828) 433-0872
Facsimile   (828) 437-6693
Counsel for Star Communication &
   David L. Keever

BRIAN EWALD

By _____
BRIAN EWALD
Ohio Bar No.  0069554
2406 Auburn Avenue
Cincinnati, Ohio 45219
Telephone   (513) 421-5555
Facsimile    (513) 977-5595
Co-counsel  for Star Communication &
David L. Keever

2

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the foregoing *Defendant Keever's Notice of Withdrawal of Service* was served upon original Plaintiffs and third party defendants and other non party persons by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

| | | |
|---|---|---|
| Randall Drew<br>1231 Ida Street<br>Suite 2<br>Cincinnati, Ohio 45202 | Randall Drew<br>5425 Thomaston Ct<br>Las Vegas, N 89122 | Randall W. Drew<br>5533 Central Ave.<br>Saint Petersburg, Fl<br>33710 |

Duct Utilities & Technologies, Inc.
c/o Mr. Randall Drew
1231 Ida Street
Suite 2
Cincinnati, Ohio 45202

Fast Point Acquisition Corp.
c/o Mr. Randall Drew
1231 Ida Street
Suite 2
Cincinnati, Ohio 45202

Chris Kessen
1231 Ida Street
Suite 2
Cincinnati, Ohio 45202

Gregory Berberich, Esq.
STATMAN HARRIS SIEGEL & EYRICH, LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

This the 1st day of October, 2003.

| | |
|---|---|
| C. GARY TRIGGS, P.A<br>By _/s/ C. Gary Triggs_<br>C. GARY TRIGGS<br>North Carolina State Bar No. 58655<br>Post Office Drawer 579<br>206 West Union Street<br>Morganton, North Carolina 28680<br>Telephone (828) 433-0872<br>Counsel for Star Communication &<br>   David L. Keever | BRIAN EWALD<br>By_____<br>BRIAN EWALD<br>Ohio Bar No. 0069554<br>2406 Auburn Avenue<br>Cincinnati, Ohio 45219<br>Telephone (513) 421-5555<br>Co-counsel for Star Communication<br>   David L. Keever |