DEFENDANT'S EXHIBIT A

# *From the Desk of Randall W. Drew*

September 10, 2003                     cmrrr#7002 2410 0000 0080 0260

Mr. Joe Byrd
Post Office Drawer 579
206 West Union Street
Morganton NC  28680

RE:   In the Matter of Duct Utilities v. Star Comm. Services, etc.
      Case No. C-1-02-174
      Package received in error Monday, September 8, 2003
      Your CMRRR#7003 1680 0001 9278 1117

Dear Mr. Byrd:

I am in receipt of a package from your office. It was incorrectly addressed to my address. I am not Randall A. Drew, as listed in your documents.

This is the first correspondence I have received in the above-referenced matter.

I am Randall Waverly Drew. My birth date is May 5, 1956. I was born in Ottumwa, Iowa. I have an accounting and tax practice. I have resided in Florida (first in St. Petersburg, then in Palmetto, Florida) since 1958.

I have had neither a business nor a personal relationship with the parties in the Case No. C-1-02-174:  Duct Utilities, et al. v. Star Communication Services, and David Keever v. Randall Drew, et al..

Therefore, I am not the person listed as "Randall Drew" in the above-referenced matter.

My assistant, Roberta, spoke with you on Monday, 9/8/03. Per your request to her, I am returning this package to your office. I am returning the package via CMRRR# 7002 2410 0000 0080 0260, for proof that your office receives it.

Please immediately remove my name and address from all lists and documents regarding this matter.

Thank you in advance for your prompt attention in correcting this error. I await a copy of your correspondence with the Court, by which my name will be removed from all future correspondence.

Sincerely,

*[signature]*

Randall W. Drew
5533 Central Avenue
St. Petersburg FL  33710