IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Duct Utilities & Technologies, Inc., et al., | ) ) ) ) |
| Plaintiffs, | ) Case No. C-1-02-174 ) |
| vs. | ) ) |
| Star Communication Services, et al., | ) ) |
| Defendants. | ) |

<u>Show Cause Order</u>

On October 3, 2003, Defendants herein filed four motions: a motion for summary judgment (Doc. 18), two motions for sanctions (Doc. 19 and Doc. 20), and a motion to dismiss (Doc. 21).  To date, Plaintiffs have not filed memoranda in opposition to Defendants' motions, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such memoranda has expired.  Accordingly, the Court hereby **ORDERS** Plaintiffs to **SHOW CAUSE,** on or before November 14, 2003, for the denial of Defendants' motions.  In the event that Plaintiffs fail to timely respond to this Show Cause Order, the Court will consider Defendants' motions as unopposed.  In the event that Plaintiffs timely respond, Defendants may file reply memoranda on or before December 1, 2003.

**IT IS SO ORDERED.**

> /s/
> Sandra S. Beckwith
> United States District Judge