IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Duct Utilities & Technologies, Inc., et al., | ) ) ) |
| Plaintiffs, | ) Case No. C-1-02-174 ) |
| vs. | ) ) |
| Star Communication Services, et al., | ) ) ) |
| Defendants. | ) |

Order

      Plaintiffs Duct Utilities & Technologies, Inc., and Fast Point Acquisition Corporation and Third-Party Defendants Randall Drew and Christopher Kessen have failed to comply with this Court's November 26, 2003 Order. Accordingly, pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure, the Court hereby **GRANTS** Defendants' motion for judgment against each of those parties on Defendants' counterclaims and third-party claims (Doc. 20). This matter is **REFERRED** to United States Magistrate Judge Timothy S. Hogan for a hearing to determine the relief to be accorded to Defendants on their counterclaims and third-party claims.

      **IT IS SO ORDERED.**

                                          /s/
                                  Sandra S. Beckwith
                                United States District Judge