J:\CRUMBA\FORMS\CALENDAR\2002\02-174.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Duct Utilities & Technologies, Inc., et al.,
                Plaintiffs,

                v.                                    Case No. C-1-02-174
                                                      (Beckwith, J.; Hogan, M.J.)

Star Communication Services, et al.,
                Defendants.

## NOTICE

        Please take notice that the above-captioned case has been set for a hearing per the Order of Judge Beckwith (Doc. 25) regarding the relief to be accorded to Defendants on their counterclaims and third-party claims. This hearing will be conducted before the Honorable Timothy S. Hogan on:

                Friday, January 23, 2004, at 9:30 am
                701 Potter Stewart U.S. Courthouse

                        TIMOTHY S. HOGAN
                        United States Magistrate Judge

                            S/Barbara A. Crum
                        Courtroom Deputy

cc: All Counsel

bac        December 29, 2003