**Envelope 1 (returned mail):**

Addressed to:
Christopher Kessen
Fast Point Acquisition Corp.
320 Whetstone Alley, Suite B
Cincinnati, Ohio 45202

Marked: RTS — RETURN TO SENDER — NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

Return address:
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202
OFFICIAL BUSINESS

Stamp: RECEIVED DEC 2 3 2003 JAMES BONINI, Clerk CINCINNATI, OHIO

Postmark: CINCINNATI, OH 452, PM

45202+2257 61

**Envelope 2 (returned mail):**

Addressed to:
Randall Drew
Duct Utilities & Tech., Inc.
320 Whetstone Alley, Suite B
Cincinnati, Ohio 45202

Marked: RTS — RETURN TO SENDER — NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

Return address:
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202
OFFICIAL BUSINESS

Stamp: RECEIVED DEC 2 3 2003 JAMES BONINI, Clerk CINCINNATI, OHIO

45202+2257 61

**Orders on Motions**
1:02-cv-00174-SSB-TSH Duct Utilities Inc, et al v. Star Communication, et al

U.S. District Court

Southern District of Ohio



Notice of Electronic Filing

The following transaction was received from mb, entered on 12/19/2003 at 11:17 AM EST and filed on 12/19/2003
**Case Name:**  Duct Utilities Inc, et al v. Star Communication, et al
**Case Number:** 1:02-cv-174
**Filer:**
**Document Number:** 25

**Docket Text:**
ORDER granting [20] Motion for Sanctions. Defts. are granted judgment against each of the parties on defts' counterclaims and third-party claims. This matter is REFERRED to the Mag. Judge for a hearing to determine the relief to be accorded to defts. Signed by Judge Sandra S Beckwith on 12/19/03.(mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=12/19/2003] [FileNumber=105943-0
] [7da23041daa1d06c213b15fe7229de1e9b4d23918416898691531d22016a700cf10
8ec3b42d8257a4e67baacc90303e842b3b19320cadb52b8139ad2539cdf5a]]

**1:02-cv-174 Notice will be electronically mailed to:**

**1:02-cv-174 Notice will not be electronically mailed to:**

Randall - Drew
320 Whetstone Alley
Suite B
Cincinnati, OH 45202

Duct Utilities & Technologies Inc
320 Whetstone Alley
Suite B
Cincinnati, OH 45202

Brian Alexander Ewald
2406 Auburn Avenue
Cincinnati, OH 45219

## Orders on Motions

1:02-cv-00174-SSB-TSH Duct Utilities Inc, et al v. Star Communication, et al

**U.S. District Court**

**Southern District of Ohio**

RECEIVED
DEC 23 2003
JAMES BONINI, Clerk
CINCINNATI, OHIO

Notice of Electronic Filing

The following transaction was received from mb, entered on 12/19/2003 at 11:17 AM EST and filed on 12/19/2003

**Case Name:** Duct Utilities Inc, et al v. Star Communication, et al
**Case Number:** 1:02-cv-174
**Filer:**
**Document Number:** 25

**Docket Text:**
ORDER granting [20] Motion for Sanctions. Defts. are granted judgment against each of the parties on defts' counterclaims and third-party claims. This matter is REFERRED to the Mag. Judge for a hearing to determine the relief to be accorded to defts. Signed by Judge Sandra S Beckwith on 12/19/03.(mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=12/19/2003] [FileNumber=105943-0
] [7da23041daa1d06c213b15fe7229de1e9b4d23918416898691531d22016a700cf10
8ec3b42d8257a4e67baacc90303e842b3b19320cadb52b8139ad2539cdf5a]]

**1:02-cv-174 Notice will be electronically mailed to:**

**1:02-cv-174 Notice will not be electronically mailed to:**

Randall - Drew
320 Whetstone Alley
Suite B
Cincinnati, OH 45202

Duct Utilities & Technologies Inc
320 Whetstone Alley
Suite B
Cincinnati, OH 45202

Brian Alexander Ewald
2406 Auburn Avenue
Cincinnati, OH 45219