**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS



NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD



CINCINNATI OH
PM 5 JAN 2004

