**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS





CINCINNATI OH 45243

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD



45202+2257 61