

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

RECEIVED
JAN 08 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO