| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ <br>    ☐ |
| | B. Received by (Printed Name)　　C. Date |
| 1. Article Addressed to:<br><br>Duct Utilities & Technologies Inc<br>320 Whetstone Alley<br>Suite B<br>Cincinnati ▓▓▓▓ | D. Is delivery address different from item 1? ☐<br>    If YES, enter delivery address below: ☐ |
| | 3. Service Type<br>☒ Certified Mail　☐ Express Mail<br>☐ Registered　☐ Return Receipt for ▓▓<br>☐ Insured Mail　☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)　☐ |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0000 0330 4641 |

PS Form 3811, August 2001　　Domestic Return Receipt　　102

'02-174 (Doc 33) SSB

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
706 Potter Stewart US Cthse
100 East Fifth Street
Cincinnati, Ohio 45202



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fast Point Acquisition Corp<br>320 Whetstone Alley<br>Suite B<br>Cincinnati, OH 45202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0000 0330 4658 | |
| PS Form 3811, August 2001<br>02-174 (Doc 33) SSB | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
706 Potter Stewart US Cthse
100 East Fifth Street
Cincinnati, Ohio 45202



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

CERTIFIED MAIL

7003 1680 0000 0330 4158

CINCINNATI OH 45203

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
FEB 20 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Randall Drew<br>320 Whetstone Alley, Suite B<br>Cincinnati, OH ~~~~~ | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0000 0330 4634 |
| PS Form 3811, August 2001<br>02-174 (Doc 33) SSB | Domestic Return Receipt     102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
706 Potter Stewart US Cthse
100 East Fifth Street
Cincinnati, Ohio 45202

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**100 EAST FIFTH STREET, ROOM #324**
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

**CERTIFIED MAIL™**





7003 1680 0000 ▓▓▓▓ ▓▓▓▓

VERIFIED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Christopher Kessen<br>320 Whetstone Alley<br>Suite B<br>Cincinnati, OH 45202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7003 1680 0000 0330 4665 | |
| PS Form 3811, August 2001<br>02-174 (Doc 33) SSB | Domestic Return Receipt | 102595-02-M-1540 |


UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
706 Potter Stewart US Cthse
100 East Fifth Street
Cincinnati, Ohio 45202

**CERTIFIED MAIL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

7003 1680 0000 0330

VERIFIED

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD