IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Duct Utilities & Technologies,      )
  Inc., et al.,                     )
                                            )
                  Plaintiffs,      )   Case No. C-1-02-174
                                            )
    vs.                               )
                                            )
Star Communication Services,        )
  et al.,                           )
                                            )
                  Defendants.     )

Order Adopting Report and Recommendation

On February 19, 2004, United States Magistrate Judge Timothy S. Hogan issued a Report and Recommendation pursuant to which he recommended that Defendant Keever recover $13,778,594.17, together with interest as indicated, from Plaintiffs.  Plaintiffs have not objected to the Report and Recommendation within the time allotted, and the Court finds no plain error in the Magistrate Judge's recommendation. Accordingly, the Report and Recommendation are hereby **ADOPTED** *in toto*.  The Court **DIRECTS** the Clerk to enter judgment accordingly. This action is **CLOSED.**

        **IT IS SO ORDERED.**

                                            /s/
                                  Sandra S. Beckwith
                                  United States District Judge