**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Duct Utilities & Technologies,
Inc., et al.,**
  **Plaintiffs**

-vs-          Case No. 1:02-cv-174

**Star Communication Services,
et al.,**
  **Defendants**

# JUDGMENT

   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Defendant Keever recover $13,778.594.17 from plaintiffs plus interest and costs.

Date: March 10, 2004         James Bonini, Clerk

                By: s/Mary C. Brown
                   Mary C. Brown, Deputy Clerk