UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 FEB 24 PM 2:18

| | |
|---|---|
| DUCT UTILITIES AND TECHNOLOGIES, INC. F/K/A PRO CARE INDUSTRIES, LTD, ET AL. | CASE NO. C-1-02-174 |
| PLAINTIFFS | JUDGE BECKWITH |
| VS. | MAGISTRATE HOGAN |
| STAR COMMUNICATION SERVICES | NOTICE OF APPEARANCE |
| AND | |
| DAVID KEEVER | |
| DEFENDANTS/THIRD PARTY PLAINTIFFS | |
| VS. | |
| RANDALL DREW, ET AL. | |
| THIRD PARTY DEFENDANTS | |

Now comes Defendant, Third Party Plaintiffs, by and through their new undersigned counsel, who make his limited appearance on this matter to file a motion to correct the Judgment that was entered on or about March 10, 2004 on this matter.

Respectfully submitted,

*[signature]*

Joel G. Deutch 0061259
Attorney for Defendant/Third Party Plaintiff
9000 Plainfield Rd.
Cincinnati, Ohio 45236
(513) 793-5505

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent ordinary mail to Randall Drew at 1231 Ida St. Suite 2, Cinti, Ohio 45202, 5425 Thomaston Ct.. Las Vegas, NV 89122 and 5533 Central Avenue, St. Petersburg, FL 33710, Duct Utilities, c/o Mr. Randall Drew, 1231 Ida St. Suite 2, Cinti, Ohio 45202, Fast Point Acquistion Corp. c/o Mr. Randall Drew, 1231 Ida St. Suite 2, Cinti, Ohio 45202 and Chris Kessen at 1231 Ida St. Suite 2, Cinti, Ohio 45202 on this 25 day of Feb 2005.

Joel G. Deutch