UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 FEB 24 PM 2:18

WEST DIV CINCINNATI

DUCT UTILITIES AND
TECHNOLOGIES, INC.
F/K/A PRO CARE INDUSTRIES, LTD, ET AL.

    PLAINTIFFS

VS.

STAR COMMUNICATION SERVICES

AND

DAVID KEEVER

    DEFENDANTS/THIRD PARTY
    PLAINTIFFS

VS.

RANDALL DREW, ET AL.

    THIRD PARTY DEFENDANTS

CASE NO. C-1-02-174

JUDGE BECKWITH

MAGISTRATE HOGAN

MOTION FOR RELIEF
FROM JUDGMENT
UNDER 60(A)

Now comes Defendant, Third Party Plaintiffs, by and through their new undersigned counsel, to file a motion to correct the Judgment that was entered on or about March 10, 2004 on this matter.

Attached to this Motion as Exhibit 1, is the Report and Recommendation signed by Magistrate Hogan on February 19, 2004. Also appended to this Motion is the final judgment entered on this matter on March 10, 2004 as Exhibit 2.

When the Court put on the final judgment on March 10, 2004, it was not precise in only using the word Plaintiff as the responsible party for the judgment. Therefore, the Defendant/Third Party Plaintiff request this Honorable Court to correct the Judgment to

make sure it reflects the correct entities and the actual amounts that are owed by each entity and their individual capacity. As the judgment sits currently, the Plaintiffs are responsible for the Judgment in the amount of $13,778,594.17. However, the Magistrates Decision indicates that specific amounts are to be attributed to the Plaintiffs and specific amounts be attributed to the Third Party Defendants. The Judgment is silent as to any judgment against the Third Party Defendants and does not mention a specific amount that was awarded against each entity.

This correction of the Judgment is essential for collection purposes. The Defendant/Third Party Plaintiff is unable to collect against any Third Party Defendant on the basis of the current judgment. Moreover, the actual amounts due against each Plaintff and Third Party Defendant needs to be clarified. The Magistrates' Decision clearly identifies the amount of judgment against an entity, but is not specific as to each entity and/or individual.

Under Rule 60(A0, the movant is entitled to request that the Judgment be corrected due to oversight or omission by the Clerk. As the wording of the Judgment is clearly not accurate and does not reflect the Magistrates' Decision, it is hereby requested that a new Judgment be placed of record that corrects the mistake and includes the right parties, individuals and amounts to be collected. This is clearly necessary for collection purposes and for the accurate person(s) to be responsible for the judgment.

Respectfully submitted,

_____
Joel G. Deutch 0061259
Attorney for Defendant/Third Party Plaintiff
9000 Plainfield Rd.
Cincinnati, Ohio 45236
(513) 793-5505

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent ordinary mail to Randall Drew at 1231 Ida St. Suite 2, Cinti, Ohio 45202, 5425 Thomaston Ct.. Las Vegas, NV 89122 and 5533 Central Avenue, St. Petersburg, FL 33710, Duct Utilities, c/o Mr. Randall Drew, 1231 Ida St. Suite 2, Cinti, Ohio 45202, Fast Point Acquistion Corp. c/o Mr. Randall Drew, 1231 Ida St. Suite 2, Cinti, Ohio 45202 and Chris Kessen at 1231 Ida St. Suite 2, Cinti, Ohio 45202 on this 25 day of Febru 2005.

_____
Joel G. Deutch