```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF OHIO
                           WESTERN DIVISION


Duct Utilities & Technologies,   )
 Inc., et al.,                   )
                                 )
                 Plaintiffs,     )   Case No. 1:02-CV-174
                                 )
     vs.                         )
                                 )
Star Communication Services,     )
 et al.,                         )
                                 )
                 Defendants.     )
```

<u>Show Cause Order</u>

On February 24, 2005, Defendants/Third-Party Plaintiffs Star Communication Services and David Keever filed a motion, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, for relief from judgment. The movants ask for entry of an amended judgment in this matter.

The motion appears to be well-taken. Accordingly, the Court hereby **ORDERS** Plaintiffs and Third-Party Defendants to **SHOW CAUSE,** on or before March 14, 2005, for denial of the Rule 60(a) motion. In the event that they do not timely respond to this Show Cause Order, the Court will grant the motion and enter amended judgment. In the event that Plaintiffs and/or Third-

Party Defendant timely respond, the movants may file a reply memorandum on or before March 25, 2005.

**IT IS SO ORDERED.**

```
                              _____/s/_____
                              Sandra S. Beckwith, Chief Judge
                              United States District Court
```