RECEIVED
MAR 3 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Duct Utilities & Technologies, Inc., et al., | ) ) ) |
| Plaintiffs, | ) Case No. 1:02-CV-174 ) |
| vs. | ) ) |
| Star Communication Services, et al., | ) ) ) |
| Defendants. | ) |

Show Cause Order

On February 24, 2005, Defendants/Third-Party Plaintiffs Star Communication Services and David Keever filed a motion, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, for relief from judgment. The movants ask for entry of an amended judgment in this matter.

The motion appears to be well-taken. Accordingly, the Court hereby **ORDERS** Plaintiffs and Third-Party Defendants to **SHOW CAUSE**, on or before March 14, 2005, for denial of the Rule 60(a) motion. In the event that they do not timely respond to this Show Cause Order, the Court will grant the motion and enter amended judgment. In the event that Plaintiffs and/or Third-

OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

Randall Drew
Christopher Kessen,
320 Whetstone Alley, Suite B
Cincinnati, Ohio 45202

NIXIE    450    1    25  03/02/05

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 45202391199    *0715-01171-01-00

45202+22597911