IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Duct Utilities & Technologies, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:02-CV-174 |
| vs. | ) ) | |
| Star Communication Services, et al., | ) ) ) | |
| Defendants. | ) | |

<u>O r d e r</u>

Pursuant to this Court's February 28, 2005, Show Cause Order, to which no party has timely responded, the Court hereby **DIRECTS** the Clerk to enter an amended judgment in this matter. That judgment shall be against the original Plaintiffs and Third-Party Defendants Drew and Kessen, jointly and severally, in the amount of $13,778,594.17, together with attorney's fees and interest from March 10, 2004, the date of the original judgment.

**IT IS SO ORDERED.**

/s/
Sandra S. Beckwith, Chief Judge
United States District Court