**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Duct Utilities & Technologies,
 Inc., et al.,

    Plaintiffs                                       Case No. 1:02-cv-174

v.

Star Communication Services,
 et al.,

    Defendants.

## AMENDED JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED that** judgment shall be against the original Plaintiffs and Third-Party Defendants Drew and Kessen, jointly and severally, in the amount of $13,778,594.17, together with attorney's fees and interest from March 10, 2004, the date of the original judgment.

March 16, 2005                                                                           James Bonini, Clerk

                                                                                   By:  s/Mary C. Brown
                                                                                             Mary C. Brown, Deputy Clerk