UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Duct Utilities & Technologies,
Inc., et al.,
    Plaintiffs

v.                               Case No.  1:02-cv-174

Star Communication
Services, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 14, 2014 (Doc. 46).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Movant Powell's motion to revive judgment is **GRANTED**. The Judgement issued in favor of the defendants against plaintiffs in the amount of $13,778,594.17, together with attorney's fees and interest from March 10, 2004, the date of the original judgment, to March 10, 2009, the date the judgment became dormant, and from the date of revival, March 7, 2014, until the judgment is satisfied.

Date: April 14, 2014                                    s/Sandra S. Beckwith
                                                                 Sandra S. Beckwith, Senior Judge
                                                                  United States District Court